IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:09-cr-00040-GHD-DAS-1

WILLIAM T. TACKER, II  DEFENDANT

## ORDER DENYING DEFENDANT WILLIAM T. TACKER, II'S MOTION FOR RELIEF FROM THE COURT'S FINAL ORDER DENYING HIS MOTION TO TERMINATE SUPERVISED RELEASE

The motion for relief from the Court's final Order denying motion to terminate supervised release [127] is not well taken and is DENIED.

SO ORDERED, this, the 21st of July, 2016.

SENIOR U.S. DISTRICT JUDGE